IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No:  22-cv-02219-PAB-NRN | Date:  January 11, 2023 |
| Courtroom Deputy:  Román Villa | FTR:  Courtroom C203 |

*Parties:*

PETROL LOGIC LLC, a Colorado limited liability company,
RUBY CANYON DENTAL GROUP PC, a Colorado professional corporation,
DC DENTAL PLLC d/b/a FRUITA FAMILY DENTAL, a Colorado professional limited liability company, and
CRESTED OAK DENTISTRY PLLC, a Colorado professional limited liability company, individually on behalf of themselves and on behalf of all others similarly situated,

    Plaintiffs,

v.

G&A OUTSOURCING, LLC, d/b/a G&A PARTNERS, a Texas limited liability company,

    Defendants.

*Counsel:*

Patrick Peluso

Drew Hansen
Seth Goldstein
Ryan Lessman

**COURTROOM MINUTES**

**TELEPHONIC SCHEDULING CONFERENCE**

**9:29 a.m.**    **Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before February 8, 2023
Joinder of Parties/Amendment to Pleadings: June 30, 2023

Discovery Cut-off: January 12, 2024
Plaintiff's Motion for Class Certification: February 2, 2024
Response to Motion for Class Certification: March 15, 2024
Reply to Motion for Class Certification: April 5, 2024

Each side shall be limited to 10 depositions, excluding experts.
Depositions shall not exceed 7 hours.
Each plaintiff shall be limited to 20 interrogatories.
Each plaintiff shall be limited to 20 requests for production, and 20 requests for admission.
Defendant shall be limited to 80 interrogatories.
Defendant shall be limited to 80 requests for production, and 80 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each side shall be limited to 3 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: to be set at a later date
Disclosure of Rebuttal Experts: to be set at a later date
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

Telephonic Status Conference is set for **September 13, 2023 at 10:30 a.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203. **Five minutes prior to the start of the hearing, the parties shall call the conference line (888) 398-2342, Access Code 5755390# to participate.**

A Case Management Conference is set for **January 24, 2024 at 10:00 a.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues. If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers Neureiter_Chambers@cod.uscourts.gov a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**10:09 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:40

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.